IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RODNEY S. WILLISON, husband;
REBECCA WILLISON, wife; and STEVEN
REED                                                                                              PLAINTIFFS

v.                                     No. 3:14-cv-196-DPM

DAVID PATRICIO and
LANDSTAR RANGER, INC.                                                              DEFENDANTS

JUDGMENT

The complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 August 2015